UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| DAVID A. WASNEY, SR., | ) | Case No.: 09-CV-5831-LHK |
| Appellant, | ) ) | ORDER TO SHOW CAUSE |
| v. | ) ) | |
| DONALD CHARLES SCHWARTZ, | ) ) | |
| Appellee. | ) ) ) ) | |

The instant bankruptcy appeal was transferred to the district court on December 11, 2009, and reassigned to this court on August 2, 2010. No further action has been taken since the December 11, 2009 notice of appeal. Appellant is required to file with the clerk and serve on appellee a designation of the items to be included in the record on appeal and a statement of the issues to be presented within 14 days after filing notice of appeal. It is now more than eight months since the notice of appeal was filed. The court therefore orders appellant to show cause why the case should not be dismissed for lack of prosecution. Appellant shall file his response on or before September 9, 2010. A show cause hearing shall be held at 1:30 p.m. on September 16, 2010. Absent a showing of good cause, the appeal will be dismissed.

1

Case No.: 09-CV-5831-LHK
ORDER TO SHOW CAUSE

**IT IS SO ORDERED.**

Dated: August 13, 2010

_____
LUCY H. KOH
United States District Judge