UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID A. WASNEY, SR., | ) Case No.: 09-CV-5831-LHK |
| Plaintiff, | ) ORDER GRANTING PLAINTIFF'S |
| v. | ) MOTION FOR RECONSIDERATION |
| DONALD CHARLES SCHWARTZ, | ) AND TO RE-OPEN APPEAL |
| Defendant. | ) (re: docket #7) |

On September 16, 2010, after the parties failed to respond to the Court's Order to Show Cause and failed to appear at a Show Cause Hearing, the Court dismissed this bankruptcy appeal with prejudice for failure to prosecute. *See* Dkt. #5. On October 8, 2010, Plaintiff filed a motion for reconsideration and to re-open the appeal, which is set for hearing on December 21, 2010. Defendant has not opposed Plaintiff's motion. Pursuant to Civil Local Rule 7-1(b), the Court finds this matter appropriate for resolution without oral argument and thus the December 21, 2010 hearing is hereby VACATED. Good cause appearing, the Court GRANTS Plaintiff's motion for reconsideration and orders the Clerk to re-open the appeal.

Accordingly, Plaintiff shall serve and file its brief within **fourteen (14) days** from the entry of the record on appeal on this Court's electronic filing system (ECF). Defendant may serve and

1

Case No.: 09-CV-5831-LHK
ORDER GRANTING MOTION FOR RECONSIDERATION AND TO RE-OPEN APPEAL

file its brief within **seven (7) days** after service and filing of Plaintiff's brief.  No reply briefs shall be filed without leave granted by the Court.  Unless the Court finds oral argument necessary, the matter will be deemed submitted upon completion of the briefing.

**IT IS SO ORDERED.**

Dated: December 15, 2010


_____
LUCY H. KOH
United States District Judge

2

Case No.: 09-CV-5831-LHK
ORDER GRANTING MOTION FOR RECONSIDERATION AND TO RE-OPEN APPEAL