**United States District Court**
For the Northern District of California

1

2

3

4          IN THE UNITED STATES DISTRICT COURT

5          FOR THE NORTHERN DISTRICT OF CALIFORNIA

6          SAN JOSE DIVISION

7    IN RE:                                          NO. 5:09-cv-05831 EJD

8    DONALD CHARLES SCHWARTZ,

9          Debtor.                                   **ORDER RE: DEFENDANT'S PENDING
                                                     ADMINISTRATIVE MATTERS**

10   _____/

11   DAVID A. WASNEY, SR.                            [Docket Item Nos. 15, 16, 19]

12          Plaintiff(s),
         v.
13   DONALD CHARLES SCHWARTZ,

14          Defendant(s).

15   _____/

16          Defendant Donald Charles Schwartz ("Defendant") has recently filed three administrative

17   requests: (1) a Motion to Dismiss Plaintiff David A. Wasney("Plaintiff") (Docket Item No. 15); (2)

18   an ex parte application to dismiss Plaintiff (Docket Item No. 16); and (3) an ex parte application to

19   stay proceedings pending appeal from bankruptcy discharge (Docket Item No. 19).

20          As this action is already scheduled for hearing on September 9, 2011, for Plaintiff's Motion

21   to Remand, the court will address Defendant's pending administrative requests in the ensuring order

22   on that motion.

23   **IT IS SO ORDERED.**

24

25   Dated:  August 31, 2011

         EDWARD J. DAVILA
26                                                   United States District Judge

27

28

                                                     1
     Case No. 5:09-cv-05831 EJD
     ORDER RE: DEFENDANT'S PENDING ADMINISTRATIVE MATTERS (EJDLC1)