

Donald C. Schwartz, Esq. (SBN 122476)
Law Offices of Donald C. Schwartz
7960-B Soquel Drive, No. 291
Aptos, CA  95003
831-331-9909/Fax 831-662-9892
triallaw@cruzio.com

Attorney for Cross-Complainant
Donald C. Schwartz

IT IS SO ORDERED

Judge Edward J. Davila

2/28/2012

UNITED STATES BANKRUPTCY COURT,

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In Re: | ] | **Case No. 5-09cv05831** |
| | ] | |
| DONALD CHARLES SCHWARTZ, | ] | Bk No. 08-55102 MM |
| | ] | |
| Debtor. | ] | CHAPTER 7 |
| | ] | |
| _____ | ] | |
| | | |
| DAVID A. WASNEY, SR., | ] | **NOTICE OF WITHDRAWAL OF EX** |
| | ] | **PARTE APPLICATION FOR ORDER** |
| Plaintiff/Appellant, | ] | **STAYING ACTION PENDING APPEAL** |
| | ] | |
| vs. | ] | |
| | ] | |
| DONALD CHARLES SCHWARTZ, | ] | |
| | ] | |
| Defendant/Respondent. | ] | |
| . | ] | |
| _____ | ] | |

Please take notice that Cross-Complainant Donald C. Schwartz hereby respectfully

withdraws his Ex Parte Application to Stay this action pending appeal – which  motion is under

1

submission.  Cross-Complainant wishes to presently proceed in this action against Cross-Defendant David A. Wasney, Jr.

Dated:  February 25, 2012

                         S/_____
                           Donald Charles Schwartz
                          Attorney for Cross-Complainant
                                  In Pro Per

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I declare that I am employed in the County of Santa Cruz, California; that I am over the age of eighteen and am not a party to the foregoing action.  My business address is 7960-B Soquel Drive, No. 291, Aptos, CA 95003.

On the date shown below, I served the following document(s):

**NOTICE OF WITHDRAWAL OF EX PARTE APPLICATION TO DISMISS CROSS-DEFENDANT DAVID A. WASNEY, JR.**

on each person named below by placing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown above following our ordinary business practices.  I am readily familiar with this business practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing it is deposited in the ordinary course of business with the United States Mail with First Class postage fully prepaid.

Klaus J. Kolb
Attorney
400 Capitol Mall, 11th Floor
Sacramento, CA  95814
Fax: 916-492-0598

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this declaration was executed on February 25, 2012 in Santa Cruz County, California.

S/_____
Patti Klinkhammer

3