IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 5:09-cv-05831 EJD |
| DONALD CHARLES SCHWARTZ, | (Appeal from Wasney v. Schwartz (In re Donald Charles Schwartz), Bankr. N.D. Cal. (San Jose) Case No. 08-55102, Adv. No. 09-5206) |
| Debtor. / | |
| DAVID A. WASNEY, SR., | Adv. Proc. No. 09-05206 |
| Plaintiff(s)/Appellant(s), | **ORDER TO SHOW CAUSE** |
| v. | |
| DONALD CHARLES SCHWARTZ, | |
| Defendant(s)/Respondent(s). / | |

Plaintiff David A. Wasney, Sr. ("Wasney") filed a Notice of Appeal from a decision of the Bankruptcy Court on December 11, 2009. Although such information cannot be confirmed by this court, it also appears Wasney has filed a designation of the items to be included in the record on appeal and a statement of the issues with the Bankruptcy Court. See Docket Item No. 7. However, to date, the District Court has not received a copy of the record from the Bankruptcy Court. The court cannot proceed without such record.

Accordingly, the Court hereby issues an order to show cause requiring Wasney to investigate the whereabouts of the record in this matter. Such investigation should include, but is not necessarily limited to, contact with the bankruptcy clerk in charge of forwarding the record from that court to the District Court. Wasney may provide the bankruptcy clerk a copy of this Order to Show

1

CASE NO. 5:09-cv-05831 EJD
ORDER TO SHOW CAUSE

Cause and may inform the bankruptcy clerk that the record has not been received. Wasney may also inform the clerk that it may be necessary to send the record once again if it was sent previously.

Wasney shall file a brief declaration in response to this Order to Show Cause detailing the efforts made to secure the record and providing any other pertinent information on or before **March 30, 2012.** If Wasney does not file a response as directed, the Court will dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b).

No hearing will be held on the order to show cause unless otherwise ordered by the Court.

**IT IS SO ORDERED.**

Dated: March 15, 2012



EDWARD J. DAVILA
United States District Judge

CASE NO. 5:09-cv-05831 EJD
ORDER TO SHOW CAUSE