IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 5:09-cv-05831 EJD |
| DONALD CHARLES SCHWARTZ, | (Appeal from Wasney v. Schwartz (In re Donald Charles Schwartz), Bankr. N.D. Cal. (San Jose) Case No. 08-55102, Adv. No. 09-5206) |
| Debtor. / | |
| DAVID A. WASNEY, SR., | Adv. Proc. No. 09-05206 |
| Plaintiff(s)/Appellant(s), | **ORDER DISCHARGING ORDER TO SHOW CAUSE** |
| v. | |
| DONALD CHARLES SCHWARTZ, | [Docket Item No. 34] |
| Defendant(s)/Respondent(s). / | |

On March 15, 2012, the court issued an Order to Show Cause requiring Plaintiff David A. Wasney, Sr. ("Plaintiff") to file a declaration on or before March 30, 2012, detailing his efforts to secure the record for this appeal from the Bankruptcy Court. See Docket Item No. 34. Plaintiff filed the declaration as directed. See Docket Item No. 37. Having reviewed Plaintiff's filing, it now appears that the record will be prepared and transmitted to this court for resolution of this action.

Accordingly, the previously-issued Order to Show Cause is DISCHARGED.

**IT IS SO ORDERED.**

Dated: April 3, 2012

EDWARD J. DAVILA
United States District Judge

1

CASE NO. 5:09-cv-05831 EJD
ORDER DISCHARGING ORDER TO SHOW CAUSE