IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 5:09-cv-05831 EJD |
| DONALD CHARLES SCHWARTZ, | (Appeal from Wasney v. Schwartz (In re Donald Charles Schwartz), Bankr. N.D. Cal. (San Jose) Case No. 08-55102, Adv. No. 09-5206) |
| Debtor. / | |
| DAVID A. WASNEY, SR., | Adv. Proc. No. 09-05206 |
| Plaintiff(s)/Appellant(s), | **ORDER RE: BRIEFING SCHEDULE** |
| v. | |
| DONALD CHARLES SCHWARTZ, | |
| Defendant(s)/Respondent(s). / | |

As the Bankruptcy Court has now transmitted the record on appeal, the parties shall commencing briefing pursuant to Bankruptcy Local Rule 8010-1. Accordingly, the appellant shall file and serve an opening brief no later than May 7, 2012. The appellee shall file and serve a responding brief no later than 21 days after service of the appellant's brief. Appellant may file and serve a reply brief no later than 14 days after service of the appellee's brief. All briefs must comply with Federal Rule of Bankruptcy 8010. This matter will be deemed submitted upon completion of the briefing unless otherwise ordered by the court.

**IT IS SO ORDERED.**

Dated: April 16, 2012

EDWARD J. DAVILA
United States District Judge